1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   DONALD WILLIAMS,                        No.  2:15-cv-01155-MCE-CKD (PC)

12              Plaintiff,

13        v.                                 **RELATED CASE ORDER**

14   E. BAKER, et al.,

15              Defendants.

16
     LEON DURELL HOBLEY,                      No.  2:15-cv-01260-EFB (PC)
17
                Plaintiff,
18
          v.
19
     E. BAKER, et al.,
20
                Defendants.
21

22

23        The Court has received the Notice of Related Case filed on July 11, 2016.

24        Examination of the above-entitled civil actions reveals that these actions are

25   related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve

26   many of the same defendants and are based on the same or similar claims, the same

27   property transaction or event, similar questions of fact and the same questions of law,

28   and would therefore entail a substantial duplication of labor if heard by different judges.

1

1  Accordingly, the assignment of the matters to the same judge is likely to effect a

2  substantial savings of judicial effort and is also likely to be convenient for the parties.

3    The parties should be aware that relating the cases under Local Rule 123 merely

4  has the result that both actions are assigned to the same judge; no consolidation of the

5  action is effected.  Under the regular practice of this court, related cases are generally

6  assigned to the district judge and magistrate judge to whom the first filed action was

7  assigned.

8    IT IS THEREFORE ORDERED that the action denominated 2:15-cv-01260-EFB,

9  Leon Durell Hobley v. E. Baker, et al. is reassigned to District Judge Morrison C.

10  England, Jr. and Magistrate Judge Carolyn K. Delaney for all further proceedings, and

11  any dates currently set in this reassigned case only are hereby VACATED.  The caption

12  on documents filed in the reassigned case shall be shown as 2:15-cv-01260-MCE-EFB.

13    IT IS FURTHER ORDERED that the Clerk of the Court make appropriate

14  adjustment in the assignment of civil cases to compensate for this reassignment.

15    IT IS SO ORDERED.

16  Dated:  July 29, 2016

17

18        MORRISON C. ENGLAND, JR.
         UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

2