UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD WILLIAMS,

    Plaintiff,

  v.

E. BAKER,

    Defendants.

No. 2:15-cv-1155 MCE CKD P

ORDER

Defendants have requested that certain deadlines identified in the courts' May 27, 2016 scheduling order be extended. Good cause appearing IT IS HEREBY ORDERED that defendants' requests are granted in part, and denied in part as follows:

1. All court orders regarding the deadlines for serving requests for discovery and providing responses thereto remain in effect:

    A. The deadline for serving discovery requests passed on July 18, 2016; no party is granted an extension of time serve additional requests for discovery.

    B. Defendant Baker and Ramirez's responses to plaintiff's request for production of documents must be served upon plaintiff no later than September 5, 2016. Any motion to compel regarding those responses shall be filed by plaintiff no later than October 1, 2016.

/////

1

      C. All of plaintiff's responses to any discovery request shall be served no later than September 10, 2016.

2. The following deadlines currently in effect are modified as follows:

      A. The deadline for filing any motion to compel regarding plaintiff's responses to any request for discovery is stayed until further notice from the court.

      B. The deadline for filing a motion for summary judgment, other than the motion concerning plaintiff's alleged failure to exhaust administrative remedies currently before the court, is stayed until further notice from the court.

      C. The September 16, 2016 date for the close of discovery is vacated. That date will be reset, if appropriate, after resolution of the pending motion for summary judgment.

3. All other requests made by defendants in their requests for extensions of time (ECF No. 56 & 57) are denied.

Dated: September 1, 2016

*[signature: Carolyn K. Delaney]*

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
will1155.mod