UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E. BAKER et al.,<br><br>　　　　Defendants. | No.  2:15-cv-1155 MCE CKD P<br><br><br><br>ORDER |

　　　　The proposed protective order (ECF No. 61) submitted by counsel for defendant Delgado and counsel for defendants Baker and Ramirez is hereby rejected.  The proposed order does not adequately indicate why the documents identified require the court to take any extraordinary measures regarding their dissemination.  Asserting that the documents are privileged under California law is, by itself, not adequate, nor generally even relevant in federal court.  Furthermore, the order does not accurately state the court's procedures with respect to filing documents under seal.

/////

/////

/////

/////

/////

1

1  If the parties wish to seek any protective order in this action, they must establish with
2  specificity a good reason for the issuance of such an order, and the provisions of the order must
3  comply with federal laws and local court procedures including Local Rule 141.
4  Dated: September 29, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
will1155.ns