UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WILLIAMS, | No. 2:15-cv-1155 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| E. BAKER, et al., | |
| Defendants. | |

Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On September 19, 2016, plaintiff filed a motion to compel concerning requests for production of documents served upon defendants Baker and Ramirez. The requests for production at issue, attached to plaintiff's motion, contain 23 requests. Plaintiff fails to identify which responses to those requests he deems objectionable.  Because plaintiff has failed to demonstrate that he is entitled to further responses or anything else with respect to his requests for production of documents,  IT IS HEREBY ORDERED that his motion to compel (ECF No. 62) is denied.

Dated: November 16, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/will1155.mtc