UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WILLIAMS,<br><br>   Plaintiff,<br><br>  v.<br><br>E. BAKER, et al.,<br><br>   Defendants. | No. 2:15-cv-1155 MCE CKD P<br><br><br>ORDER |

  A review of the docket in this matter reveals that defendant Delgado is represented by Jesse Rivera, Jamil Ghannam, and Jonathan Paul from Rivera & Associates.   On November 4, 2016, the United States Marshal attempted to serve Delgado with process issued in 2:15-cv-1260 MCE CKD P, a case related to this one under Local Rule 123(a), at Delgado's counsel's office. The return, filed with the court on November 7, 2016 indicates that Mr. Ghannam refused to accept service on behalf of Ms. Delgado and indicted that Rivera & Associates does not represent Ms. Delgado.

  Good cause appearing, IT IS HEREBY ORDERED that:

  1. Within five days of this order, Jesse Rivera, Jamil Ghannam, or Jonathan Paul shall either:

    A. Indicate in writing that they intend to continue representation of Ms. Delgado in this matter and indicate whether they will accept service of process in 2:15-cv-

1

1260 MCE CKD P on behalf of Ms. Delgado.  If they will not accept service, Mr. Rivera, Ghannam, or Paul must explain why not and file with the court, under seal, Ms. Delgado's address;

B.  File a motion asking that Jesse Rivera, Jamil Ghannam, and Jonathan Paul be permitted to withdraw as counsel pursuant to Local Rule 182(d); or

C.  File a motion for substitution of counsel under Local Rule 182(g).

2. Failure to comply with this order may result in sanctions.

Dated:  December 5, 2016

_/s/ Carolyn K. Delaney_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
will1115.rep