UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>E. BAKER, et al.,<br><br>　　　　Defendants. | No.  2:15-cv-1155 MCE CKD P<br><br><br>ORDER |

On November 16, 2016, the Magistrate Judge issued an order denying plaintiff's motion to compel.  On January 3, 2017, plaintiff filed a motion for reconsideration of that order.  Local Rule 303(b), states "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen days . . . from the date of service of the ruling on the parties."  Id.  Plaintiff's motion for reconsideration of the magistrate judge's order of November 16, 2016 is therefore untimely.

///
///
///
///
///
///

1     Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for reconsideration (ECF
2 No. 80) is denied.
3     IT IS SO ORDERED.
4 Dated:  February 23, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE